NOTE: CHANGES MADE BY THE COURT

JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
KATHLEEN J. CHOI, CA Bar No. 284428
kathleen.choi@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendants
C.H. ROBINSON COMPANY and
C.H. ROBINSON WORLDWIDE, INC.

NORMAN B. BLUMENTHAL, CA Bar No. 068687
KYLE R. NORDREHAUG, CA Bar No. 205975
APARAJIT BHOWMIK, CA Bar No. 248066
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA  92037
Telephone : 858-551-1223
Facsimile :  858-551-1232

Attorneys for Plaintiff
STEPHANIE MRAZIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE MRAZIK, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>C.H. ROBINSON COMPANY; C.H. ROBINSON WORLDWIDE, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. SACV12-02067 CAS (PLAx)<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed: December 13, 2012<br>Trial Date:　　　None Set<br>Judge:　　　　　Hon. Margaret A. Nagle |
|---|---|

Case No. SACV12-02067 CAS (MANx)

[PROPOSED] PROTECTIVE ORDER

1   **GOOD CAUSE APPEARING**, to protect the legitimately designated
2   confidential business, employee and privacy protected information to be produced in
3   this action from public disclosure;
4   The Joint Stipulated Protective Order entered into by the parties on May 5,
5   2015, and filed May 6, 2015, is approved.

7   IT IS SO ORDERED.

10  Dated: May 12, 2015
    _____
    Hon. Paul L. Abrams
    United States Magistrate Judge

21139129.1